NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1674


STATE OF LA, DEPT. OF SOCIAL SERVICES,
BUREAU OF LICENSES
VERSUS
ADOPTIONS WORLDWIDE, INC. ET AL

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 2002-4418,
HONORABLE D. KENT SAVIOE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

ULYSSES GENE THIBODEAUX
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Glenn B.
Gremillion, Judges.

MOTION DENIED.

Karen Yarbrough
Dept. of Social Services
Post Office Box 1887
Baton Rouge, LA 70821
(225) 342-1110
COUNSEL FOR PLAINTIFF/APPELLANT:
    State of LA, Dept of Social Services, Bureau of Licenses


Maurice Tynes
4902 Ihles Rd
Lake Charles, LA 70605
(337)479-1173
COUNSEL FOR DEFENDANTS/APPELLEES
    Adoptions Worldwide, Inc. and Angela B. Doucet